UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>Defendant. | Civil Action No. 26-3376 (RC) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of ZACHARY C. SIMONS, Special Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: October 27, 2026
Washington, DC

Respectfully submitted,

By: */s/ Zachary C. Simons*

ZACHARY C. SIMONS
DC Bar No. 1736166
Special Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 730-6967
zachary.simons@usdoj.gov

*Attorney for the United States of America*